JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BLANCA L.,[1]

        Plaintiff,

v.

MARTIN J. O'MALLEY,
Commissioner of Social Security,

        Defendant.

Case No. 2:23-cv-10901-AJR

**JUDGMENT**

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED:  October 29, 2024

                                                                /s/ Joel Richlin
                                                         HON. A. JOEL RICHLIN
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's name is partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.